# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA

v.

MICHAEL CHEFF

MAGISTRATE JUDGE: __LEDA D. WETTRE__

MAGISTRATE NO.: __2:20-mj-13001__
DATE OF PROCEEDINGS: __1/7/2020__

DATE OF ARREST: __1/7/2020__

PROCEEDINGS: __Initial Appearance__

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
( ) APPT. OF COUNSEL: ___AFPD ___CJA
(X) WAIVER OF HRG.: X PRELIM ___REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED: ___GUILTY ___NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
( ) FINANCIAL AFFIDAVIT EXECUTED
( ) OTHER_____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(X) BAIL SET: $100,000
    (X) UNSECURED BOND
    ( ) SURETY BOND SECURED BY CASH / PROPERTY
(X) TRAVEL RESTRICTED _____
(X) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
(X) SURRENDER &/OR OBTAIN NO PASSPORT
(X) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL: ___COURT ___JURY
( ) SENTENCING
( ) OTHER:_____

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA __Rahul Agarwal, AUSA__

DEFT. COUNSEL __John Lynch, Retained__

PROBATION _____

INTERPRETER _____
    Language: (      )

Time Commenced: 2:56 pm
Time Terminated: 3:03 pm
CD No: ECR

*Kimberly Darling*

DEPUTY CLERK