# JOHN D. LYNCH
ATTORNEY AT LAW

1814 KENNEDY BOULEVARD  
UNION CITY, N.J. 07087  
johndavidlynch@hotmail.com

(201) 867-2008  
*Fax (201) 867-6654*

April 8, 2021

**VIA ECF**

The Honorable Katharine S. Hayden  
Senior United States District Judge  
Frank R. Lautenberg Post Office and U.S. Courthouse  
2 Federal Square  
Newark, New Jersey 07101

      Re: United States vs. Michael Cheff  
        Criminal No. 20-209 (KSH)

Dear Judge Hayden:

  This letter will confirm my attendance for the April 13, 2021 Telephone Conference with Your Honor in the above captioned matter.

            Respectfully yours,

            JOHN D. LYNCH, ESQ.

JDL:kd  
cc: Rahul Agarwal, A.U.S.A. (via ECF)