UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Hon. Katharine S. Hayden |
| v. : | |
| : | Crim. No. 20-209 |
| MICHAEL CHEFF : | |
| : | **ORDER** |
| : | |

  This matter having come before the Court to set certain deadlines prior to trial; and defendant Michael Cheff (by John Lynch, Esq., appearing) and Philip R. Sellinger, United States Attorney for the District of New Jersey (Assistant U.S. Attorneys Lee M. Cortes, Jr. and Jihee Suh, appearing) having agreed-upon the deadlines set forth below; and for good cause shown;

  IT IS on this 21st day of December, 2021,

  ORDERED that the Government will produce Jencks Act and Giglio materials to defendant on or before December 31, 2021;

  AND IT IS FURTHER ORDERED that the Government will produce its exhibit list to defendant on or before January 7, 2022 and the defendant will produce an exhibit list to the Government by on or before January 21, 2022;

  AND IT IS FURTHER ORDERED that the Government will submit any 404(b) motions to the Court on or before January 7, 2022, with a response by defendant due on or before January 21, 2022;

  AND IT IS FURTHER ORDERED that the parties have resolved all of the issues raised by defendant in his pretrial motion (D.E. 19) and the motion is

accordingly DENIED AS MOOT;

AND IT IS FURTHER ORDERED that the Court will hold a pretrial conference on January 11, 2022 at 2 p.m..

                                                                         /s/ Katharine S. Hayden
                                                                         _____
                                                                         HON. KATHARINE S. HAYDEN
                                                                         United States District Judge