UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 20-209 (KSH) |
| MICHAEL CHEFF | : | **UNSEALING ORDER** |

**UPON APPLICATION** of the Philip R. Sellinger, United States Attorney for the District of New Jersey (by Lee M. Cortes, Jr., Assistant United States Attorney), for an Order unsealing the Applications of the Assistant United States Attorney, the Affidavits of the Special Agents, supporting documents thereto, the Orders entered by the Court, periodic reports to the Court, and copies of the recordings of video surveillance and oral intercepts, and good and sufficient cause having been shown,

IT IS on this 21st day of December, 2021,

**ORDERED** that the Applications of the Assistant United States Attorney, the Affidavit of the Special Agents, supporting documents thereto, the Orders entered by the Court, period reports to the Court, and copies of the recordings of video surveillance and oral intercepts with respect the orders for video surveillance and oral interception identified on Exhibit A are and hereby are **UNSEALED** for the purpose of providing discovery in the above-captioned case, pending before this Court; and it is further

**ORDERED** that, for all other purposes, including PACER and Electronic Court Filing, the above-referenced documents shall remain filed under seal until further order of the Court.

_____
**HONORABLE KATHARINE S. HAYDEN**
**UNITED STATES DISTRICT JUDGE**

## Exhibit A

| Subject Vehicle | Miscellaneous or Magistrate Number |
|---|---|
| 2017 Ford Explorer, with N.J. License Plate No. 26963MG, Vin. No. 1FM5K8ARHGE15299 | Misc. No. 18-74 |
| 2017 Ford Explorer, with N.J. License Plate No. 26956MG, Vin. No. 1FM5K8ARHGE15295 | Misc. No. 18-75 |
| 2017 Ford Explorer, with N.J. License Plate No. 26963MG, Vin. No. 1FM5K8ARHGE15299 | Misc. No. 18-76 |
| 2017 Ford Explorer, with N.J. License Plate No. 26956MG, Vin. No. 1FM5K8ARHGE15295 | Misc. No. 18-77 |
| 2017 Ford Explorer, with N.J. License Plate No. 26963MG, Vin. No. 1FM5K8ARHGE15299 | Mag. No. 18-4020 |
| 2017 Ford Explorer, with N.J. License Plate No. 26956MG, Vin. No. 1FM5K8ARHGE15295 | Mag. No. 18-4021 |