UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Hon. Katharine S. Hayden |
| v.   : | |
| : | Crim. No. 20-209 |
| MICHAEL CHEFF  : | |
| : | **SCHEDULING ORDER** |
| : | |

This matter having come before the Court to set certain deadlines prior to trial; and defendant Michael Cheff (by John Lynch, Esq., appearing) and Philip R. Sellinger, United States Attorney for the District of New Jersey (Assistant U.S. Attorneys Lee M. Cortes, Jr. and Jihee Suh, appearing) having agreed-upon the deadlines set forth below; and for good cause shown;

IT IS on this  3rd  day of February, 2022,

ORDERED that the Government will produce Jencks Act and Giglio materials to defendant on or before April 1, 2022;

AND IT IS FURTHER ORDERED that the Government will produce its exhibit list to defendant on or before April 15, 2022 and the defendant will produce an exhibit list to the Government on or before April 29, 2022;

AND IT IS FURTHER ORDERED that the Government will submit any 404(b) motions to the Court on or before April 15, 2022, with a response by defendant due on or before April 29, 2022;

AND IT IS FURTHER ORDERED that the Court will hold a pretrial conference on May 2, 2022 at 2 p.m.

AND IT IS FURTHER ORDERED that trial shall commence on May 16, 2022 at 9 a.m.

                                                                                                                                          s/Katharine S. Hayden
                                                  HON. KATHARINE S. HAYDEN
                                                  United States District Judge