# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | Criminal No. 20-209 (KSH) |
| | : | |
| MICHAEL CHEFF | : | AMENDED SCHEDULING ORDER |

This matter having come before the Court to modify certain deadlines prior to trial that were set forth in the Court's Scheduling Order, dated February 3, 2022 ("February 3, 2022 Order"); and defendant Michael Cheff (by John Lynch, Esq., appearing) and Philip R. Sellinger, United States Attorney for the District of New Jersey (Assistant U.S. Attorney Jihee G. Suh, appearing) having agreed to the modified deadlines set forth below; and for good cause shown;

IT IS on this 18th day of April, 2022,

ORDERED that the Government submit any 404(b) motions to the Court on or before April 19, 2022, with a response by defendant due on or before May 3, 2022;

AND IT IS FURTHER ORDERED that at the status conference scheduled for April 20, 2022, the parties shall propose a date and time for a pretrial conference in May in lieu of the pretrial conference previously scheduled for May 2, 2022;

AND IT IS FURTHER ORDERED that all other deadlines set forth in the February 3, 2022 Order shall remain the same.

  s/Katharine S. Hayden  
HON. KATHARINE S. HAYDEN  
United States District Judge
