UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| v. | : | Crim. No. 20-209 (KSH) |
| MICHAEL CHEFF | : | <u>NOTICE OF APPEARANCE</u> |

PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, by Thomas S. Kearney, (Thomas.Kearney@usdoj.gov), Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

          PHILIP R. SELLINGER
          United States Attorney

          <u>/s/ Thomas S. Kearney</u>
By:   Thomas S. Kearney
          Assistant U.S. Attorney

Dated: April 22, 2022