# JOHN D. LYNCH
## ATTORNEY AT LAW

1814 KENNEDY BOULEVARD  
UNION CITY, N.J. 07087

(201) 867-2008  
Fax (201) 867-6654  
johndavidlynch@hotmail.com

May 5, 2022

Jihee G. Suh, AUSA  
Deputy Chief, Special Prosecutions Division  
U.S. Attorney's Office  
District of New Jersey  
970 Broad Street  
Newark, New Jersey 07102

      Re: United States of America vs. Michael Cheff  
        Case No.: 2:20-CR-00209-KSH

Dear Ms. Suh:

  Pursuant to Federal Rule of Criminal Procedure 12.1(a)(1), the defendant submits the following alibi for November 14, 2017: He was at his home at ▬▬▬▬▬▬▬▬▬▬▬▬ at 3:30 p.m. as his wife had to work security at Indian Hills High School in Oakland for a high school soccer tournament.

  Connie Cheff, defendant's spouse shall be a witness. Her telephone numbers are ▬▬▬▬▬▬ and ▬▬▬▬▬▬.

               Very truly yours,

               JOHN D. LYNCH, ESQ.

JDL:kd