**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                      **DATE: May 11, 2022**
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**                                      **DOCKET #: 20-cr-209**
UNITED STATES OF AMERICA

      vs.
MICHAEL CHEFF

**DEFT. PRESENT**

**APPEARANCES:**
Jihee Suh, AUSA for the government
Thomas Kearney, AUSA for the government
John Lynch, Esq., for Defendant
Paulette L. Pitt, Attorney for Defendant

**Nature of Proceedings**: Final Pretrial Conference
Discussion off the record 10:30-11:15.
Hearing continued on the record.
Brief discussion off the record.
Hearing continued on the record
Lunch recess: 12:40-1:30 pm
Voir dire to be finalized and submitted to the court.
Motion in Limine Granted in part/Denied in part [D.E. 50]
Jury selection set to begin Monday, May 16, 2022 at 10:00 a.m.

**Time Commenced: 10:30 AM**
**Lunch recess: 12:40-1:30 PM**
**Time Adjourned:   2:30 PM**

Christine Melillo, Courtroom Deputy
to the Honorable Katharine S. Hayden, U.S.D.J.
