**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** May 17, 2022
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**

**DOCKET # 20-cr-209**

UNITED STATES OF AMERICA

vs.

MICHAEEL CHEFF

**APPEARANCES:**

Jihee Suh & Thomas Kearney, AUSA for the government
John Lynch, Esq., Attorney for defendant Michael Cheff
Paulette L. Pitt, Esq., Attorney for defendant Michael Cheff
Margaret Murphy, paralegal for the government
Defendant Michael Cheff present

**Nature of Proceedings**: JURY SELECTIONS CONTINUED.

Jury selections continued as to defendants Michael Cheff
Jury present at 10:00 a.m.
Jury voir dire continued.
Jury selection adjourned until May 18, 2022 at 9:30 a.m.

**Time Commenced:**  10:00 a.m.
**Time Adjourned:**    1:30 p.m.
**Total time:**  3.5 hours

    Christine A, Melillo
    Courtroom Deputy to the Hon. Katharine S.
    Hayden, U.S.D.J.