**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** May 19, 2022
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**

**DOCKET # 20-cr-209**

UNITED STATES OF AMERICA

vs.

MICHAEEL CHEFF

**APPEARANCES:**

Jihee Suh & Thomas Kearney, AUSA for the government
John Lynch, Esq., Attorney for defendant Michael Cheff
Paulette L. Pitt, Esq., Attorney for defendant Michael Cheff
Margaret Murphy, paralegal for the government
Defendant Michael Cheff present

**Nature of Proceedings**: JURY TRIAL CONTINUED

Jury present at 10:10 a.m.
Matthew Torres resumed for the government.
Government exhibits marked and admitted.
Break: 11:40 a.m.-12:00 p.m.
Daniel Pent sworn for the government.
Break: 1:30 p.m.-1:50 p.m.
Daniel Pent resumed for the government.
Defense exhibits marked and admitted.
Jury trial adjourned until May 20, 2022 at 10:00 a.m.

**Time Commenced:  10:00 a.m.**
**Time Adjourned:  3:10 p.m.**
**Total time: 4:30**

Christine A. Melillo, Deputy