**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                              **DATE:** May 19, 2022
**JUDGE**  KATHARINE S. HAYDEN
**COURT REPORTER:**  LAURIE ENGEMANN

**TITLE OF CASE:**

**DOCKET  # 20-cr-209**

UNITED STATES OF AMERICA

      vs.

MICHAEEL CHEFF

**APPEARANCES:**

Jihee Suh & Thomas Kearney, AUSA for the government
John Lynch, Esq., Attorney for defendant Michael Cheff
Paulette L. Pitt, Esq., Attorney for defendant Michael Cheff
Margaret Murphy, paralegal for the government
Defendant Michael Cheff present

**Nature of Proceedings**: JURY TRIAL CONTINUED

Jury present at 10:10 a.m.
 Jose Sanchez-Acevedo sworn for the government.
Government exhibit marked and admitted.
Jonathan Bustios sworn for the government.
Break: 11:45 a.m.-12:00 p.m.
Jonathan Bustios resumed for the government.
Jury trial adjourned until Monday, May 23, 2022 at 9:30 a.m.

**Time Commenced:  10:00 a.m.**
**Time Adjourned:  1:45 p.m.**
**Total time:**

                                      Christine A. Melillo, Deputy