**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** May 23, 2022
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**

**DOCKET # 20-cr-209**

UNITED STATES OF AMERICA

vs.

MICHAEL CHEFF

**APPEARANCES:**

Jihee Suh & Thomas Kearney, AUSA for the government
John Lynch, Esq., Attorney for defendant Michael Cheff
Paulette L. Pitt, Esq., Attorney for defendant Michael Cheff
Margaret Murphy, paralegal for the government
Defendant Michael Cheff present

**Nature of Proceedings**: JURY TRIAL CONTINUED

Jury present at 9:30 a.m.
 Jonathan Bustios resumed for the government.
Defense exhibits marked and admitted.
Break: 10:35 a.m.-11:55 a.m.
Jonathan Bustios resumed for the government.
Eudy Ramos sworn for the government.
Government exhibits marked and admitted.
Lunch Recess: 12:15 p.m.-1:15 p.m.
Eudy Ramos resumed for the government.
Frank Toledo sworn for the government.
Break: 3:00 p.m.-3:15 p.m.
Jury trial adjourned until Monday, May 24, 2022 at 9:00 a.m.

**Time Commenced: 9:30 a.m.**
**Time Adjourned:  3:40 p.m.**
**Total time: 5:10**

Christine A. Melillo, Deputy