**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** May 24, 2022
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**

**DOCKET # 20-cr-209**

UNITED STATES OF AMERICA

vs.

MICHAEL CHEFF


**APPEARANCES:**

Jihee Suh & Thomas Kearney, AUSA for the government
John Lynch, Esq., Attorney for defendant Michael Cheff
Paulette L. Pitt, Esq., Attorney for defendant Michael Cheff
Margaret Murphy, paralegal for the government
Defendant Michael Cheff present


**Nature of Proceedings**: JURY TRIAL CONTINUED
Discussion out of the presence of the jury.
Stipulations read on the record.
Jury present at 9:25 a.m.
Frank Toledo resumed for the government.
Defense exhibits marked and admitted.
Discussion out of presence of the jury.
Government rests, defense rests, all sides rest.
Juror # 3 is excused.
Alternate Juror # 13 takes the place of juror #3.
Jurors released for the day at 10:25 a.m.
In chambers conference with counsel.
Lunch recess: 11:55 a.m.-12:30 p.m.
In chambers conference continued.
Discussion with counsel on the record: 1:10 p.m-1:45 p.m.
Jury trial adjourned at 1:45 p.m. until Wednesday, May 25, 2022 at 9:00 a.m.

**Time Commenced: 9:00 a.m.**
**Time Adjourned:  1:45 p.m.**
**Total time:  4:15**

Christine A. Melillo, Deputy