# UNITED STATED DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK      **DATE:** May 25, 2022
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**

**DOCKET # 20-cr-209**

UNITED STATES OF AMERICA

        vs.

MICHAEL CHEFF

**APPEARANCES:**

Jihee Suh & Thomas Kearney, AUSA for the government
John Lynch, Esq., Attorney for defendant Michael Cheff
Paulette L. Pitt, Esq., Attorney for defendant Michael Cheff
Margaret Murphy, paralegal for the government
Defendant Michael Cheff present

**Nature of Proceedings**: JURY TRIAL CONTINUED
Jury trial continued at 9:00 a.m.
Out of the presence of the jury-Rule 29 conference.
Defendant's Rule 29 application-Denied.
Jury present at 9:15 a.m.
Alternate juror #13 takes juror seat #3.
AUSA Thomas Kearney's closing argument for the government.
John D. Lynch, Esq, closing argument for defense.
AUSA Jihee Suh's rebuttal for the government.
CHARGE TO THE JURY.
Ordered 12 jurors commenced deliberations at 1:05 p.m.
Lunch provided for 15 jurors (Queen Pizza) at the govt's expense.
Jurors break deliberations at 4:00 p.m. returning Thursday, May 26, 2022 at 9:00 a.m.

**Time Commenced: 9:00 a.m.**
**Time Adjourned:  4:00 p.m.**
**Total time:  7.00**

Christine A. Melillo, Deputy