UNITED STATED DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK   **DATE:** May 26, 2022
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**

**DOCKET # 20-cr-209**

UNITED STATES OF AMERICA

vs.

MICHAEL CHEFF

**APPEARANCES:**

Jihee Suh & Thomas Kearney, AUSA for the government
John Lynch, Esq., Attorney for defendant Michael Cheff
Paulette L. Pitt, Esq., Attorney for defendant Michael Cheff
Margaret Murphy, paralegal for the government
Defendant Michael Cheff present

**Nature of Proceedings**: JURY TRIAL CONTINUED
Jury present at 9:10 a.m. and resumed deliberations.
Jury Communication # 1- fld. Letter response sent into deliberating jurors to elaborate on communication #1.
Ordered lunch be provided for jury (15) at government's expense. (Queen Pizza).
Jury Communication # 2 fld.
Conference with counsel on the record.
Jury Communication #3 fld.
Jurors present for read back on the record relating to Communication #2.
Jurors resume deliberations.
Jury Communication #4 fld.
Discussion with counsel out of the presence of the jury.
Jurors present for response as to communication # 4.
Jurors resume deliberations.
Jury communications #5 fld.
Conference with counsel on the record out of presence of the jury.
Jurors present for response as to communication #5.
9.08 model instruction read to jurors.
Jury resume deliberations.
Jury communication #6 fld.
Jury returned verdict at 7:30 p.m.
VERDICT: GUILTY on Count(s) 1 & 2 of the indictment.
Ordered jury polled-all jurors concur with the verdict as rendered by their foreperson.

Jurors and alternates excused at 7:35 p.m.
Sentencing to be set by the Court.
Bail continued.

**Time Commenced: 9:00 a.m.**
**Time Adjourned:  7:30 p.m.**
**Total time:  10.5 hrs.**

                                            Christine A. Melillo, Deputy