UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 20-209 (KSH) |
| v. | : | Hon. Katharine S. Hayden |
| MICHAEL CHEFF | : | <u>VERDICT</u> |

We, the Jury, find defendant Michael Cheff:

**COUNT 1**
**(Conspiracy to Deprive Persons of Civil Rights)**

NOT GUILTY _____  GUILTY  X

**COUNT 2**
**(Falsification of Record)**

NOT GUILTY _____  GUILTY  X


FOREPERSON

5/26/2022
DATE