# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | Criminal No. 20-209 (KSH) |
| | : | |
| MICHAEL CHEFF | : | AMENDED SCHEDULING ORDER |

Counsel having brought this matter before the Court to modify certain deadlines for briefing on defendant's post trial motions that were set forth in the Court's Text Order (Docket Entry ("DE") 75); the Court's schedule requiring a modification of deadlines to a shorter rather than extended date as requested by counsel in their proposed amended scheduling order submitted on June 27, 2022; and good cause appearing,

IT IS on this 27th day of June, 2022,

ORDERED that the Government file its opposition brief on or before close of business July 8, 2022; and it is further

ORDERED that Defendant file his reply brief on or before 12 noon July 12, 2022; and it is further

ORDERED that oral argument on defendant's motion shall be held before the undersigned on July 19, 2022 at 11 am.

s/Katharine S. Hayden  
HON. KATHARINE S. HAYDEN  
United States District Judge