**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                          **DATE:** June 28, 2022
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**                                           **DOCKET #:** 20-cr-209
UNITED STATES OF AMERICA

        vs.
MICHAEL CHEFF

**DEFT. PRESENT**

**APPEARANCES:**
Jihee Suh, AUSA for the government
Thomas Kearney, AUSA for the government
John Lynch, Esq., for Defendant
Paulette L. Pitt, Attorney for Defendant

**Nature of Proceedings**: Telephone Scheduling Conference
Conference held.
Break 4:00-5:15 pm.
Conference resumes.
Revised briefing schedule set.
Sentencing rescheduled to September 9, 2022. Time to be determined.

**Time Commenced: 3:30 PM**
**Time Adjourned:   5:30 PM**

                                            Christine Melillo, Courtroom Deputy
                                    to the Honorable Katharine S. Hayden, U.S.D.J.