# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Katharine S. Hayden |
| | : | |
| v. | : | Criminal No. 20-209 (KSH) |
| | : | |
| MICHAEL CHEFF | : | AMENDED SCHEDULING ORDER |
| | : | (SENTENCING) |

This matter having come before the Court on a request by the parties in the above-captioned matter to modify certain deadlines and dates set forth in the Court's Text Order dated May 27, 2022 (Docket Entry ("DE") 72) and Court's Text Order dated June 27, 2022 (DE 78); Defendant Michael Cheff (by John Lynch, Esq. and Paulette Pitt, Esq., appearing) and Philip R. Sellinger, United States Attorney for the District of New Jersey (Assistant U.S. Attorney Jihee G. Suh and Thomas S. Kearney appearing) having agreed to the modified deadlines set forth below; and for good cause shown;

IT IS on this 30th day of June, 2022,

ORDERED that the Government's sentencing memorandum in this case and related cases is due on or before August 3, 2022;

ORDERED that the Defendant's sentencing memorandum is due on or before August 17, 2022;

ORDERED that the Government's reply sentencing memorandum in this case and related cases is due on or before August 25, 2022;

ORDERED that the sentencing hearing in this case is set for September 9, 2022 at 11:00 a.m.

s/Katharine S. Hayden<br>
HON. KATHARINE S. HAYDEN<br>
United States District Judge