UNITED STATED DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**OFFICE:** NEWARK                                         **DATE:** July 12, 2022
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**                                         **DOCKET #:** 20-cr-209
UNITED STATES OF AMERICA

    vs.
MICHAEL CHEFF

**DEFT. PRESENT**

**APPEARANCES:**
Jihee Suh, AUSA for the government
Thomas Kearney, AUSA for the government
John Lynch, Esq., for Defendant
Paulette L. Pitt, Attorney for Defendant

**Nature of Proceedings**: Telephone Scheduling Conference
Conference held.
In-person oral argument scheduled for 7/19/22 at 11:00 a.m. is converted to zoom.

**Time Commenced: 4:00 PM**
**Time Adjourned:   4:10 PM**

                                            Christine Melillo, Courtroom Deputy
                                    to the Honorable Katharine S. Hayden, U.S.D.J.