**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK                                                      **DATE:** July 19, 2022
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**                                                      **DOCKET # 20-cr-209**
UNITED STATES OF AMERICA
            vs.

MICHAEL CHEFF

**APPEARANCES:**
Thomas Kearney & Jihee Suh, AUSA for Government
John D. Lynch & Paulette L. Pitt Esq., for Defendant

**Nature of Proceedings**: Oral Argument re D.E. [74] Motion For Acquittal or New Trial by Michael Cheff
Defendant present via zoom and consents to proceed by video.
Hearing held.
MOTION [D.E.74] DENIED.

**Time Commenced: 11:00 a.m**
**Time Adjourned:   12:10 p.m.**

                                                                Christine Melillo, Courtroom Deputy
                                                                to the Honorable Katharine S. Hayden, U.S.D.J