UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 *Plaintiff*,<br>v.<br><br>MICHAEL CHEFF,<br><br>                 *Defendant*. | Crim. No. 20-209 (KSH)<br><br>**ORDER** |

**THIS MATTER** having come before the Court on the motion for acquittal or new trial (D.E. 74) filed by defendant Michael Cheff; and the Court having considered the parties' submissions (D.E. 76, 90, 91, 93) and heard oral argument on July 19, 2022 in the presence of the defendant; and for the reasons set forth on the record on that date,

**IT IS** on this 19th day of July, 2022,

**ORDERED** that the defendant's motion (D.E. 74) is **DENIED.**

                                                                                       /s/ Katharine S. Hayden
                                                                                       Katharine S. Hayden, U.S.D.J.