DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL CHEFF<br><br>Defendant(s). | Criminal No.  20-209<br><br>**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES** |

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant  MICHAEL CHEFF                    .

Date:   August 3, 2022

PHILIP R. SELLINGER
United States Attorney

By:   Jihee G. Suh
Assistant U.S. Attorney