<u>UNITED STATED DISTRICT COURT</u>
<u>DISTRICT OF NEW JERSEY</u>
<u>MINUTES OF PROCEEDINGS</u>

**OFFICE:** NEWARK  **DATE:** September 12, 2022
**JUDGE** KATHARINE S. HAYDEN
**COURT REPORTER:** LAURIE ENGEMANN

**TITLE OF CASE:**  DOCKET #20-cr-209
UNITED STATES OF AMERICA

      vs.
MICHAEL CHEFF

**DEFT. PRESENT**

**APPEARANCES:**
Thomas Kearney & Jihee Suh, AUSA for Government
John David Lynch, and Paulette L. Pitt, Esq., for Defendant
Adriana Garcia, USPO

**Nature of Proceedings:** SENTENCING
Imprisonment: 33 months on each of count(s)1 and 2, all such terms to run concurrently.
Supervised release: 3 years on each of count(s) 1 and 2, to run concurrently.

Special Conditions:
1. Financial Disclosure.
2. New debt.

Special Assessment: $200 due immediately.
Interest and fine waived.
Defendant advised of his right to appeal.

Restitution: $3000, due immediately, interest waived. It is recommended that defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program (IFRP)., etc.

Recommendation to the BOP: The Court recommends designation to a facility on a date and time set by the Bureau of Prisons and near as possible to his home address.

**Time Commenced:** 9:00 AM
**Time Adjourned:**   11:50 AM

                                <u>Christine Melillo, Courtroom Deputy</u>
                                to the Honorable Katharine S. Hayden, U.S.D.J.