UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. No. 20-209 (KSH) |
| v. | Hon. Katharine S. Hayden, U.S.D.J. |
| MICHAEL CHEFF, | **NOTICE OF APPEAL** |
| *Defendant*. | |

    Notice is hereby given that Defendant Michael Cheff appeals to the United States Court of Appeals for the Third Circuit from the final judgment of the United States District Court, District of New Jersey, entered in this action on September 22, 2022 (ECF No. 103).

Dated:   October 4, 2022

                                                                **McCARTER & ENGLISH, LLP**

                                                         /s/ Geoffrey N. Rosamond
                                                         Geoffrey N. Rosamond, Esq.
                                                         Four Gateway Center
                                                         100 Mulberry Street
                                                          Newark, New Jersey 07102
                                                          Tel: (973) 622-4444
                                                          Fax: (973) 624-7070
                                                          Email: grosamond@mccarter.com
                                                          *Counsel for Defendant/Appellant*
                                                          *Michael Cheff*[1]

---

[1] McCarter & English has been engaged by Mr. Cheff for the limited purpose of representing him on appeal and does not, by filing this notice, enter a general appearance for Mr. Cheff in the district court.