# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 *Plaintiff*,<br>v.<br><br>MICHAEL CHEFF,<br><br>                 *Defendant*. | Crim. No. 20-209 (KSH)<br><br><br>**ORDER ON DELAY OF SURRENDER DATE (D.E. 109)** |

**REQUEST GRANTED.**

In other sentencing decisions since Michael Cheff's sentencing on September 12th, this Court has routinely granted post-holiday surrender dates on request and on its own decision. The Court was not receptive to the one out of four sentenced Paterson Police defendants who requested a delayed surrender date because of the length of time since those defendants entered their pleas. There, however, the Court left open the possibility of a renewed request and the government did not object.

Here, Cheff did not enter a plea in 2019, and appellate counsel makes a valid point that Cheff's availability will aid in preparing appeal papers (albeit the description of his 23 and 20 year old daughters and 16 year old son as "three young children" missed the mark). The government's objections (DE 110) are purely procedural and do not affect this Court's authority to entertain Cheff's request.

Good cause appearing,

MICHAEL CHEFF's voluntary surrender date is extended to a date not before Wednesday, January 5, 2023.

**SO ORDERED** this 24th day of October, 2022.

                                                    s/Katharine S. Hayden

                                                  Hon. Katharine S. Hayden, U.S.D.J.